IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR - 7 2011

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

| | |
|---|---|
| CHRISTINE STONE, <br> Plaintiff <br><br> vs. <br><br> THE BANK OF NEW YORK MELLON, N.A., f/k/a THE BANK OF NEW YORK TRUST COMPANY, N.A.; <br><br> JPMORGAN CHASE BANK N.A.; <br><br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; <br><br> PROMMIS SOLUTIONS, LLC; <br><br> LITTON LOAN SERVICING, LP; <br><br> POPULAR FINANCIAL SERVICES, LLC./POPULAR MORTGAGE SERVICING, INC; <br><br> Defendants | CIVIL ACTION FILE <br><br> No. 1:11-cv-00081-RWS <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION TO RECUSE**

COMES NOW, Plaintiff Christine Stone, proceeding *in propria persona*, and files *Plaintiff's Motion to Recuse*.

Plaintiff's *Brief in Support of Motion to Recuse* is filed contemporaneously herewith.

Respectfully submitted, this 1st day of March, 2011,

By: _____
CHRISTINE STONE, Pro Se
2604 Canopy Lane
Marietta, GA  30066
(678) 427-2888

## CERTIFICATE OF COMPLIANCE

Plaintiff, Ms. Stone, hereby Certifies that this ***Plaintiff's Motion to Recuse*** has been prepared using 14 point, Times New Roman font, in accordance with L.R.5.1,N.D.Ga.

_____
CHRISTINE STONE

## CERTIFICATE OF SERVICE

I hereby Certify that I have this 1st day of March, 2011, served a true and correct copy of the foregoing *Plaintiff's Motion to Recuse* upon defendants, through their attorneys on file, by causing to be deposited with USPS, First Class Mail, proper postage affixed and addressed as follows:

| | |
|---|---|
| **Kelly Lane Atkinson** | **John H. Williamson** |
| Troutman Sanders, LLP | Morris Manning & Martin |
| Suite 5200 Bank of America Plaza | 1600 Atlanta Financial Center |
| 600 Peachtree St., N.E. | 3343 Peachtree Rd., N.E. |
| Atlanta, GA  30308-2216 | Atlanta, GA  30326-1044 |

Christine Stone