# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHRISTINE STONE,<br>    Plaintiff,<br>v.<br>THE BANK OF NEW YORK MELLON, N.A., f/k/a THE BANK OF NEW YORK TRUST COMPANY;<br><br>JPMORGAN CHASE BANK, N.A.;<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;<br><br>PROMMIS SOLUTIONS, LLC;<br><br>LITTON LOAN SERVICING, LP;<br><br>POPULAR FINANCIAL SERVICES, LLC/POPULAR MORTGAGE SERVICING, INC.;<br>    Defendants. | Civil Action File No.<br>1:11-cv-000081-RWS |

## NOTICE OF SUBSTITUTION OF COUNSEL

COME NOW Linda S. Finley, Esq. and Jonathan E. Green, Esq. as counsel of record for Defendant The Bank of New York Mellon, N.A. f/k/a The Bank of New York Trust Company ("Bank of New York") in the place of Jennifer L. Ervin, Esq. The aforementioned counsel, Jennifer L. Ervin, Esq., is withdrawing as

1

counsel of record for Defendant Bank of New York with its knowledge and consent.

Substitute counsel's address, bar numbers, telephone number, facsimile number, and email addresses are as follows:

| | |
|---|---|
| Linda S. Finley, Esq. | Jonathan E. Green, Esq. |
| Georgia Bar No. 261515 | Georgia Bar No. 307053 |
| lfinley@bakerdonelson.com | jegreen@bakerdonelson.com |
| Baker, Donelson, Bearman, | Baker, Donelson, Bearman, |
| Caldwell & Berkowitz, P.C. | Caldwell & Berkowitz, P.C. |
| Monarch Plaza, Suite 1600 | Monarch Plaza, Suite 1600 |
| 3414 Peachtree Road, N.E. | 3414 Peachtree Road, N.E. |
| Atlanta, GA 30326 | Atlanta, GA 30326 |
| Phone: (404) 577-6000 | Phone: (404) 577-6000 |
| Facsimile: (404) 221-6501 | Facsimile: (404) 221-6501 |

All further pleadings, orders, and notices should be sent to substitute counsel, effective as of the date of filing of this Notice.

This 16th day of February, 2012.

| | |
|---|---|
| /s/ Jonathan Green | /s/ Jennifer Ervin |
| Linda S. Finley | Jennifer L. Ervin |
| Georgia Bar No. 261515 | Georgia Bar No. 061076 |
| Jonathan E. Green | Baker, Donelson, Bearman, |
| Georgia Bar No. 307053 | Caldwell & Berkowitz, P.C. |
| Baker, Donelson, Bearman, | Monarch Plaza, Suite 1600 |
| Caldwell & Berkowitz, P.C. | 3414 Peachtree Road, N.E. |
| Monarch Plaza, Suite 1600 | Atlanta, GA 30326 |
| 3414 Peachtree Road, N.E. | Phone: (404) 577-6000 |
| Atlanta, GA 30326 | Facsimile: (404) 221-6501 |
| Phone: (404) 577-6000 | |
| Facsimile: (404) 221-6501 | |
| *Counsel for Defendant Bank of New York* | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRISTINE STONE,<br>    Plaintiff,<br>v.<br>THE BANK OF NEW YORK MELLON, N.A., f/k/a THE BANK OF NEW YORK TRUST COMPANY;<br><br>JPMORGAN CHASE BANK, N.A.;<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;<br><br>PROMMIS SOLUTIONS, LLC;<br><br>LITTON LOAN SERVICING, LP;<br><br>POPULAR FINANCIAL SERVICES, LLC/POPULAR MORTGAGE SERVICING, INC.;<br>    Defendants. | Civil Action File No.<br>1:11-cv-000081-RWS |

## CERTIFICATE OF SERVICE

This is to certify that the within and foregoing **Notice of Substitution of Counsel** has been served with the Clerk of Court using the CM/ECF system and by U.S. Mail first class to the following:

3

| | |
|---|---|
| Dale A. Calomeni<br>Calomeni & Associates, LLC<br>1455 Old Alabama Road<br>Suite 195-B<br>Roswell, GA 30076<br>dacalomeni1@bellsouth.net<br>*Counsel for Plaintiff* | April Reeves Freeman<br>afreeman@joneswalker.com<br>Jones, Walker, Waechter,<br>Poitevent, Carrere & Danegre, LLP<br>Suite 200, 400 Colony Square<br>21 Peachtree Street<br>Atlanta, GA 30361<br>*Counsel for Popular Financial Services, LLC* |
| Alan William Loeffler<br>Troutman Sanders, LLP<br>600 Peachtree Street, Suite 5200<br>Atlanta, GA 30308<br>bill.loeffler@troutmansanders.com<br>*Counsel for JPMorgan Chase Bank, N.A. and Mortgage Electronic Registration Systems, Inc.* | Alexandria Marie Dishun<br>adishun@mmmlaw.com<br>John H. Williamson<br>jwilliamson@mmmlaw.com<br>Morris Manning & Martin, LLP<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, NE<br>Atlanta, GA 30326<br>*Counsel for Prommis Solutions, LLC* |

This 16th day of February, 2012.

*/s/ Jonathan Green*
Jonathan E. Green
Georgia Bar No. 307053
jegreen@bakerdonelson.com